1  Jason J. Kim (State Bar No. 221476)
   kimj@HuntonAK.com
2  **HUNTON ANDREWS KURTH LLP**
3  550 South Hope Street, Suite 2000
   Los Angeles, California 90071-2627
4  Telephone: (213) 532-2000
   Facsimile: (213) 532-2020
5
6  Attorney for Defendant
   SAMSUNG ELECTRONICS AMERICA, INC.
7
8  Marcus J. Bradley, Esq. (State Bar No. 174156)
   mbradley@bradleygrombacher.com
9  Kiley L. Grombacher, Esq. (State Bar No. 245960)
   kgrombacher@bradleygrombacher.com
10 Lirit A. King, Esq. (State Bar No. 252521)
   lking@bradleygrombacher.com
11 **BRADLEY/GROMBACHER, LLP**
12 31365 Oak Crest Drive, Suite 240
   Westlake Village, California 91361
13 Telephone: (805) 270-7100
   Facsimile: (805) 270-7589
14
15 Attorney for Plaintiff
   TAMMY GUTIERREZ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMMY GUTIERREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., a corporation,<br><br>Defendant. | CASE NO.: 3:22-cv-05719-SK<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING JUDICIAL PANEL ON MULTIDISTRICT LITIGATION'S DECISION ON MOTION FOR TRANSFER AND CONSOLIDATION UNDER 28 U.S.C. § 1407**<br><br>Complaint Filed: October 4, 2022 |

Plaintiff Tammy Gutierrez ("Plaintiff") and Defendant Samsung Electronics America, Inc. ("Samsung") stipulate and agree as follows:

WHEREAS, on October 4, 2022, Plaintiff filed her Class Action Complaint (the "Complaint") in the above-entitled action.

WHEREAS, on October 11, 2022, Plaintiff served the original summons and Complaint on Samsung Electronics America, Inc. ("Samsung").

WHEREAS, on October 7, 2022, Plaintiffs in a related action currently pending in this District, styled *Seirafi, et al. v. Samsung Electronics America, Inc.*, No. 3:22-cv-5176, filed a Motion for Transfer of Actions to the Northern District of California Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings before the United States Judicial Panel on Multi-District Litigation (the "MDL Petition"), specifically listing this action for inclusion in any centralization order issued by the Panel. *In re: Samsung Customer Data Security Breach Litigation*, JPML Case No. 3055, ECF No. 1. Accordingly, the Panel's decision on the MDL Petition may directly impact this case and whether it proceeds in this Court.

WHEREAS, in light of the possibility that this action might not proceed in this Court, the parties agree that a stay of these proceedings during the pendency of the MDL Petition would save judicial and party resources.

WHEREAS, courts routinely stay proceedings pending a determination of a motion to transfer and consolidate pursuant to 28 U.S.C. § 1407. *See*, *e.g.*, *Jones v. Bristol-Myers Squibb Co.*, 2013 WL 3388659, at *2 (N.D. Cal. July 8, 2013) (consistent with majority of courts, "courts in this district … have granted motions to stay in order to preserve judicial resources" pending MDL resolution).

/ / /

/ / /

/ / /

**Hunton Andrews Kurth LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

1   NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through
2   their respective counsel, that this action be stayed pending the Panel's determination on the MDL
3   Petition. Should the Panel deny centralization of the actions that are the subject of the MDL Petition
4   (including this one), the parties will confer and jointly submit a proposed order lifting the stay for the
5   Court's review and approval, which will include a deadline for Samsung's response to the
6   Complaint.

7   **IT IS SO STIPULATED.**

9   Dated: October 26, 2022                                **HUNTON ANDREWS KURTH LLP**

11                                                        By:    /s/ Jason J. Kim
12                                                               Jason J. Kim
                                                                 Attorney for Defendant
13                                                               SAMSUNG ELECTRONICS AMERICA,
                                                                 INC.
14

15  Dated: October 26, 2022                                **BRADLEY/GROMBACHER, LLP**

17                                                        By:    /s/ Kiley L. Grombacher
18                                                               Kiley L. Grombacher
                                                                 Attorney for Plaintiff
19                                                               TAMMY GUTIERREZ

21                          **ATTESTATION**

22   I, Jason J. Kim, am the ECF user whose ID and password are being used to file this
23  document. In compliance with Local Rule 5-1(i)(3), I attest that concurrence in the filing of the
24  document has been obtained from each of the other Signatories.

26  Dated: October 26, 2022                                      /s/ Jason J. Kim
                                                                 Jason J. Kim

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

Pursuant to the parties' stipulation, the Court HEREBY STAYS this action pending the Panel's determination on the MDL Petition.

**IT IS SO ORDERED.**

Dated: October 27, 2022

_____
Sallie Kim
United States Magistrate Judge